1048

[No. 69214-3-I.   Division One.   December 21, 2015.]

*In the Matter of the Estate of* CALVIN H. EVANS, SR.

SHARON EADEN ET AL., *Respondents*, v. CALVIN H. EVANS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-4-00565-3, Thomas J. Wynne, J., entered July 18, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 71112-1-I.   Division One.   December 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY PAUL WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00927-0, Susan K. Cook, J., entered October 29, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 71193-8-I.   Division One.   December 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CARRI DARLENE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00928-8, Susan K. Cook, J., entered October 29, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 71468-6-I.   Division One.   December 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN DALE ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-01100-2, Deborra Garrett, J., entered January 22, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.